UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TONY HOLT,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A BERYHILL, Acting Commission of Social Security,<br><br>    Defendant. | Case No. C16-1406-JPD<br><br>ORDER STRIKING PLAINTIFF'S MOTION FOR ATTORNEY FEES |

    This matter comes before the Court on the plaintiff's June 23, 2017 motion for attorney fees and supporting documents, which fail to comply with the rules of this district. Dkts. 19-22.

    Specifically, plaintiff failed to comply with the U.S. District Court's Electronic Filing Procedures for Civil and Criminal Cases (EFP) by not provide the assigned judge with a Word or WordPerfect compatible version of the proposed order by e-mail. Upon the Court's discovery of this omission, the Clerk's Office contacted plaintiff's counsel and directed counsel to provide a proposed order. On July 6, 2017, plaintiff's counsel emailed a proposed order to the assigned judge, but there is no indication that a copy was provided to defendant. Additionally, the certificate of service affixed to the proposed order states: "the foregoing Proposed Order for Attorney Fees was filed with the Clerk of the Court on July 6, 2017, using

ORDER
PAGE - 1

the CM/ECF system which will send notification of such filing to the following: Kerry Jane Keefe, Assistant U.S. Attorney and Justin Martin, Office of the General Counsel." However, there is no docket entry confirming that this is true.

Accordingly, the Court ORDERS as follows:

(1)  The Clerk is directed to **STRIKE** plaintiff's motion for attorney fees, Dkt. 19, due to plaintiff's counsel's failure to comply with the local rules of this district.

(2)  Plaintiff is directed to **RE-FILE** and **RE-NOTE** the motion, and all supporting documents, including a proposed order.

(3)  The Clerk is directed to send a copy of this Order to all counsel of record.

DATED this 17th day of July, 2017.

*James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge