UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| TONY HOLT, | ) | Case No. C16-1406-JPD |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING UNOPPOSED |
| | ) | MOTION FOR EAJA FEES |
| v. | ) | |
| | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

This matter comes before the Court on the plaintiff's unopposed motion for attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Dkt. 25. The Commissioner "found no basis to object" to the requested attorney fees. Dkt. 23 at 1. Accordingly, the Court ORDERS that plaintiff's unopposed motion, Dkt. 25, is GRANTED, and that EAJA fees in the amount of $7,186.97 shall be awarded to plaintiff subject to any offset allowed under the Department of Treasury's Offset Program. Payment shall be made payable to D. James Tree, based upon plaintiff's assignment of these amounts to Mr. Tree, and that any check for EAJA

//

//

//

fees shall be mailed to Mr. Tree at 3711 Englewood Avenue, Yakima, WA 98902, or direct deposited into the Tree Law Office account.

DATED this 25th day of July, 2017.

*James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER
PAGE - 2